HATTIE McSORLEY, Appellant, v. SOUTH BROOKLYN RAILWAY COMPANY,

Respondent.— Judgment reversed upon the law and a new trial granted, costs to abide the event. Whether the plaintiff wife was guilty of contributory negligence was a question of fact for the jury, under the circumstances herein. (*Flack v. Nassau Electric R. R. Co.*, 41 App. Div. 399; *Catterson v. Brooklyn Heights Railroad Co.*, 132 id. 399.) Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.